IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

VINCENT BELL                                                                                           PLAINTIFF

v.                                       No. 2:14CV00055 JLH

CITY OF MARIANNA, ARKANSAS                                                     DEFENDANT

## ORDER

Without objection, plaintiff's motion to voluntarily dismiss this action is GRANTED. Document #12.  This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 7th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE